AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
           Sheet 1

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Organizational Defendants) |
| | CASE NUMBER: 15.CR.000267.01 |
| ECL SOLUTIONS LIMITED, INC. | PATRICK EGAN, ESQ. |
| | Defendant Organization's Attorney |

**THE DEFENDANT ORGANIZATION:**

☒ pleaded guilty to count(s)  1

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☐ was found guilty on count(s) _____
   after a plea of not guilty.

The organizational defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 18:370 | Conspiracy to Smuggle Goods into the United States | 9/1/2013 | 1 |

The defendant organization is sentenced as provided in pages 2 through __4__ of this judgment.

☐ The defendant organization has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is  ☐ are  dismissed on the motion of the United States.

It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization must notify the court and United States attorney of material changes in economic circumstances.

Defendant Organization's
Federal Employer I.D. No.: 51039-0934

Defendant Organization's Principal Business Address:

US Propack

314 Fairfield Road

Freehold, NJ

Defendant Organization's Mailing Address:

16192 Coastal Highway

Lewesa, DE

Headquartered in the United Kingdom

10/19/2015
Date of Imposition of Judgment

/s/ C. Darnell Jones
Signature of Judge

C DARNELL JONES II, USDJ ED of PA
Name and Title of Judge

Oct. 21, 2015
Date

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
           Sheet 4 — Schedule of Payments

Judgment — Page  4  of  4

DEFENDANT ORGANIZATION:   ECL SOLUTIONS LIMITED, INC
CASE NUMBER:   15.CR.267

# SCHEDULE OF PAYMENTS

Having assessed the organization's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**  ☐  Lump sum payment of $ _____ due immediately, balance due
          ☐ not later than _____ , or
          ☐ in accordance with   ☐ C or   ☐ D below; or

**B**  ☐  Payment to begin immediately (may be combined with   ☐ C or   ☐ D below); or

**C**  ☐  Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**  ☒  Special instructions regarding the payment of criminal monetary penalties:
          see below

All criminal monetary penalties are made to the clerk of the court.

The defendant organization shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

  Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant organization shall pay the cost of prosecution.

☐ The defendant organization shall pay the following court cost(s):

☒ The defendant organization shall forfeit the defendant organization's interest in the following property to the United States: US Currency in the amount of $1,066,132.10. $300,000 due date of plea/sentencing. $400 special assessment due date of plea/sentencing. $191,533.02 due 5/30/16, $191,533.02 due 5/30/17, $191,533.02 due 5/30/18 and $91,533.04 due 5/30/19.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
        Sheet 3A — Criminal Monetary Penalties

Judgment — Page 3 of 4

DEFENDANT ORGANIZATION:    ECL SOULUTIONS LIMITED, INC
CASE NUMBER:    15.CR.267.01

## ADDITIONAL TERMS FOR CRIMINAL MONETARY PENALTIES

The United States is directed to forward 10% of each installment payment to Eric L. Young, Esq of McEldrew Young, to Citizens Bank, 5 West Germantown Pike, East Norriton, PA 19401, Account Number - 6222954395, Routing Number - 036076150, for the benefit of Todd Mihajlovic, [12.CV.758, D. Del]

AO 245E   (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
         Sheet 3 — Criminal Monetary Penalties

Judgment — Page   2   of   3

DEFENDANT ORGANIZATION:   ECL SOLUTIONS LIMITED, INC
CASE NUMBER:              15.CR.267.01

# CRIMINAL MONETARY PENALTIES

The defendant organization must pay the following total criminal monetary penalties under the schedule of payments on Sheet 4.

|        | **Assessment** | **Fine** | **Restitution** |
|--------|----------------|----------|-----------------|
| TOTALS | $ 400.00       | $        | $               |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant organization shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|-------------------|-----------------|-------------------------|----------------------------|
|                   |                 |                         |                            |
| TOTALS            | $               | $                       |                            |

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant organization shall pay interest on restitution or a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant organization does not have the ability to pay interest, and it is ordered that:
   ☐ the interest requirement is waived for     ☐ fine     ☐ restitution.
   ☐ the interest requirement for the    ☐ fine     ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.